# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BROWN, | Case No. CV 15-6050-FMO (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| DEPUTY SHERIFF TREJO, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 13, 2018

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE